| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>Robert S. Gianelli, Esq. (SBN 82116); Joshua S. Davis, Esq. (SBN 193187); Adrian J. Barrio, Esq. (SBN 219266)<br>**GIANELLI & MORRIS, A Law Corporation**<br>550 South Hope Street, Suite 1645<br>Los Angeles, California 90071<br>TELEPHONE NO.: (213) 489-1600     FAX NO. (Optional): (213) 489-1611<br>E-MAIL ADDRESS (Optional): rob.gianelli@gmlawyers.com / Joshua.davis@gmlawyers.com / adrian.barrio@gmlawyers.com<br>ATTORNEY FOR (Name): PLAINTIFFS | FOR COURT USE ONLY |
|---|---|

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| PLAINTIFF/PETITIONER: BRIAN HENDRICKS; et al.<br>DEFENDANT/RESPONDENT: AETNA LIFE INSURANCE COMPANY | CASE No.:<br>2:19-cv-6840 |
|---|---|
| **PROOF OF SERVICE OF SUMMONS AND COMPLAINT** | Ref. No. or File No.:<br>GIAMO-0132149 GE |

*(Separate proof of service is required for each party served.)*

1. At the time of service, I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☒ Summons in a Civil Action
   b. ☒ Complaint
   c. ☒ Civil Cover Sheet
   d. ☒ Other *(specify documents):* CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)
   e. ☐ First amended complaint
   f. ☐ Second amended complaint
   g. ☐ Third amended complaint

3. a. Party served *(specify name of party as shown on documents served):*
      **AETNA LIFE INSURANCE COMPANY**

   b. ☒ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
      **CT CORPORATION SYSTEM, AGENTS FOR SERVICE By leaving with ALBERT DAMONTE, PROCESS SPECIALIST**

4. Address where the party was served: **818 WEST 7TH STREET, SUITE 930, LOS ANGELES, CA 90017**

5. I served the party (check proper box)
   a. ☒ **by Personal Service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* 08/09/2019   (2) at *(time):* 11:10 AM
   b. ☐ **by Substituted Service.** On *(date):*           at *(time):*           I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3a):*
      (1) ☐ **(Business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) ☐ **(Home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) ☐ **(Physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*           from *(city):*           or ☐ a declaration of mailing is attached.
      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE**<br>**SUMMONS AND COMPLAINT** | Page 2 of 2<br>American LegalNet, Inc.<br>www.FormsWorkflow.com |
|---|---|---|

| PLAINTIFF/PETITIONER: BRIAN HENDRICKS; et al. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: AETNA LIFE INSURANCE COMPANY | 2:19-cv-6840 |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date)*:    (2) from *(city)*:

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **By other means** *(specify means of service and authorizing code section)*:

  e. ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify)*:
   c. ☐ as occupant.
   d. ☐ On behalf of *(specify)*:
   Under the following Code of Civil Procedure section:
   - ☐ 416.10 (corporation)
   - ☐ 416.20 (defunct corporation)
   - ☐ 416.30 (joint stock company/association)
   - ☐ 416.40 (association or partnership)
   - ☐ 416.50 (public entity)
   - ☐ 415.95 (business organization, form unknown)
   - ☐ 416.60 (minor)
   - ☐ 416.70 (ward or conservatee)
   - ☐ 416.90 (authorized person)
   - ☐ 415.46 (occupant)
   - ☐ Other:

7. **Person who served papers**
   a. Name: OMAR V. PEREZ
   b. Address: P.O. Box 861057, Los Angeles, CA 90086
   c. Telephone number: (213) 975-9850
   d. **The fee** for service was: $ 83.00
   e. I am:
      (1) ☐ Not a registered California process server.
      (2) ☐ Exempt from registration under Business and Professions Code section 22350(b).
      (3) ☒ a Registered California process server:
        (i) ☐ Owner   ☐ Employee   ☒ Independent contractor.
        (ii) Registration No.: 2019109531
        (iii) County: LOS ANGELES

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: August 09, 2019

OMAR V. PEREZ
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)   ▶   (SIGNATURE)

POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE
SUMMONS AND COMPLAINT**

Page 2 of 2

American LegalNet, Inc.
www.FormsWorkflow.com