| | |
|---|---|
| 1 | MANATT, PHELPS & PHILLIPS, LLP |
| | JOSEPH E. LASKA (Bar No. 221055) |
| 2 | E-mail: jlaska@manatt.com |
| | NATHANIEL COHEN (Bar No. 289142) |
| 3 | Email: nacohen@manatt.com |
| | One Embarcadero Center, 30th Floor |
| 4 | San Francisco, California 94111 |
| | Telephone: (415) 291-7400 |
| 5 | Facsimile: (415) 291-7474 |
| 6 | JUSTIN JONES RODRIGUEZ (Bar No. 279080) |
| | E-mail: jjrodriguez@manatt.com |
| 7 | 11355 W. Olympic Boulevard |
| | Los Angeles, California 90064 |
| 8 | Telephone: (310) 312-4000 |
| | Facsimile: (310) 312-4224 |

*Attorneys for Defendant*
AETNA LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN HENDRICKS, ANDREW SAGALONGOS; on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> AETNA LIFE INSURANCE COMPANY, <br><br> Defendant. | Case No. 2:19-cv-6840-CJC-MRW <br><br> Hon. Cormac J. Carney <br><br> **CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** <br><br> **[Fed. R. Civ. Proc. 7.1; C.D. Cal. Local Civil Rule 7-1.1]** <br><br> Action filed:   Aug. 7, 2019 |

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CORPORATE DISCLOSURE STATEMENT;
CERTIFICATE OF INTERESTED PARTIES
CASE NO. 2:19-CV6840-CJC

1  Pursuant to its obligations under Federal Rule of Civil Procedure 7.1,
2  Defendant Aetna Life Insurance Company informs the Court that it is a direct
3  subsidiary of Aetna Inc., which is a direct subsidiary of CVS Pharmacy, Inc. CVS
4  Pharmacy Inc. is a direct subsidiary of CVS Health Corporation, which is a
5  publicly-traded company.
6  Pursuant to Local Rule 7.1-1 of the United States District Court for the
7  Central District of California, the undersigned certifies that the following listed
8  parties may have a pecuniary interest in the outcome of this case:
9  - Aetna Life Insurance Company – Defendant;
10 - Aetna Inc. – parent company of Aetna Life Insurance Company;
11 - CVS Pharmacy, Inc. – parent company of Aetna Inc.;
12 - CVS Health Corporation – parent company of CVS Pharmacy, Inc.

15  Dated: September 30, 2019        MANATT, PHELPS & PHILLIPS, LLP

17                                  By: /s/ Joseph E. Laska
                                        Joseph E. Laska
18                                      Attorneys for Defendant
                                        AETNA LIFE INSURANCE
19                                      COMPANY

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1    CORPORATE DISCLOSURE STATEMENT;
     CERTIFICATE OF INTERESTED PARTIES
     CASE NO. 2:19-CV6840-CJC