UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN HENDRICKS, ANDREW SAGALONGOS; on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No. 2:19-cv-6840-CJC-MRW<br><br>Hon. Cormac J. Carney<br><br>**ORDER SETTING BRIEFING AND HEARING SCHEDULE FOR DEFENDANT AETNA LIFE INSURANCE COMPANY'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT**<br><br>Action filed:        Aug. 7, 2019<br>Complaint served:   Aug. 7, 2019<br>Response date:      Sept. 30, 2019<br>Opposition date:    Oct. 21, 2019<br>Reply date:         Nov. 4, 2019<br>Hearing date:       Nov. 18, 2019<br>Hearing time:       1:30 p.m.<br>Courtroom:          7C |

# **ORDER**

The Court has read and considered the parties' stipulation regarding the briefing and hearing schedule for Defendant Aetna Life Insurance Company's motion to dismiss Plaintiffs' complaint. The Court finds good cause to adopt the parties' proposed briefing and hearing schedule, and the stipulated motion is therefore GRANTED. The Court orders the briefing and hearing schedule below for Aetna's motion to dismiss the complaint:

- Motion due: September 30, 2019
- Opposition due: October 21, 2019
- Reply due: November 4, 2019
- Hearing date: November 18, 2019 at 1:30 p.m.

IT IS SO ORDERED.

Dated: October 1, 2019

By: _____
Hon. Cormac J. Carney
United States District Judge