| | |
|---|---|
| 1 | MANATT, PHELPS & PHILLIPS, LLP |
| 2 | JOSEPH E. LASKA (Bar No. 221055)<br>Email: jlaska@manatt.com |
| 3 | NATHANIEL A. COHEN (Bar No. 289142)<br>E-mail: nacohen@manatt.com |
| 4 | One Embarcadero Center, 30th Floor<br>San Francisco, CA 94111 |
| 5 | Telephone: (415) 291-7400<br>Facsimile: (415) 291-7474 |
| 6 | JUSTIN JONES RODRIGUEZ (Bar No. 279080) |
| 7 | Email: jjrodriguez@manatt.com<br>2049 Century Park East, Suite 1700 |
| 8 | Los Angeles, CA 90067<br>Telephone: (310) 312-4000 |
| 9 | Facsimile: (310) 312-4224 |
| 10 | Attorneys for Defendant<br>AETNA LIFE INSURANCE COMPANY |
| 11 | Additional counsel listed on the following page |

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN HENDRICKS, ANDREW SAGALONGOS, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>　　　　　Defendant. | Case No. 2:19-cv-6840-CJC-MRW<br><br>Hon. Cormac J. Carney<br><br>**JOINT NOTICE OF SETTLEMENT IN PRINCIPLE AND REQUEST TO VACATE DECEMBER 16, 2022 STATUS CONFERENCE**<br><br>Filed concurrently with [Proposed] Order<br><br>Action Filed: August 7, 2019 |

1  ROBERT S. GIANELLI, #82116
   JOSHUA S. DAVIS, #193187
2  GIANELLI & MORRIS, A Law Corporation
   550 South Hope Street, Suite 1645
3  Los Angeles, CA 90071
   Tel: (213) 489-1600; Fax: (213) 489-1611
4  rob.gianelli@gmlawyers.com
   joshua.davis@gmlawyers.com
5
   Attorneys for Plaintiffs
6  BRIAN HENDRICKS and
   ANDREW SAGALONGOS and the Class
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT NOTICE OF SETTLEMENT IN PRINCIPLE
CASE NO. 2:19-CV-6840-CJC-MRW

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

Plaintiffs Brian Hendricks and Andrew Sagalongos ("Plaintiffs"), on behalf of themselves and all others similarly situated, and Defendant Aetna Life Insurance Company ("Aetna"), have reached a settlement-in-principle of this action as memorialized in a Memorandum of Understanding.

Plaintiffs anticipate filing a motion for preliminary approval of a global class action settlement in this action and the related action *Howard v. Aetna Life Insurance Company*, Case No. 2:22-CV-01505-CJC-MRW on or about February 13, 2023. The parties therefore jointly and respectfully request that the Court vacate the status conference on December 16, 2022 at 1:30 p.m. and set a new status conference on or about February 17, 2023 to address next steps. The parties concurrently submit a [Proposed] Order.

Dated: December 2, 2022   MANATT, PHELPS & PHILLIPS, LLP

By: /s/ Joseph E. Laska*
Joseph E. Laska
Justin Jones Rodriguez
Nathaniel Cohen
Attorneys for Defendant
AETNA LIFE INSURANCE COMPANY

*I, Joseph E. Laska, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: December 2, 2022   GIANELLI & MORRIS

By: /s/ Joshua S. Davis
Robert S. Gianelli
Joshua S. Davis
Adrian J. Barrio
Attorneys for Plaintiffs,
BRIAN HENDRICKS; ANDREW SAGALONGOS