1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| BRIAN HENDRICKS; ANDREW SAGALONGOS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AETNA LIFE INSURANCE COMPANY;<br><br>Defendant. | Case No. 2:19-cv-6840-CJC-MRW<br><br>Hon. Cormac J. Carney<br><br>**[PROPOSED] ORDER VACATING DECEMBER 16, 2022 STATUS CONFERENCE**<br><br>Action Filed: August 7, 2019<br><br>Filed concurrently with Joint Notice of Settlement in Principle and Request to Vacate December 16, 2022 Status Conference |
|---|---|

# [PROPOSED] ORDER

The Court, having reviewed the Parties' Joint Notice of Settlement in Principle and Request to Vacate December 16, 2022 Status Conference, and good cause appearing, **ORDERS** as follows:

1. The status conference currently set for December 16, 2022 at 1:30 p.m. is VACATED.

2. A Status Conference is set for February 17, 2023 at 1:30 p.m.

Dated: _____, 2022

By: _____
     Hon. Cormac J. Carney
     United States District Judge