ROBERT S. GIANELLI, #82116
JOSHUA S. DAVIS, #193187
ADRIAN J. BARRIO, #219266
GIANELLI & MORRIS, A Law Corporation
12121 Wilshire Boulevard, Suite 505
Tel: (213) 489-1600; Fax: (213) 489-1611
rob.gianelli@gmlawyers.com
joshua.davis@gmlawyers.com
adrian.barrio@gmlawyers.com

Attorneys for Plaintiffs
BRIAN HENDRICKS; ANDREW SAGALONGOS;
ANDREW HOWARD

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN HENDRICKS; ANDREW SAGALONGOS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AETNA LIFE INSURANCE COMPANY<br><br>Defendant.<br>_____<br>ANDREW HOWARD, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AETNA LIFE INSURANCE COMPANY;<br><br>Defendant. | Case No.: 2:19-cv-6840-AB (MAAx)<br>**Consolidated w/** 2:22-CV-01505-AB (MAAx)<br><br>Assigned to Hon. Andre Birotte Jr.<br><br>**JOINT NOTICE OF SETTLEMENT IN PRINCIPLE AND STIPULATION FOR AN ORDER: (1) VACATING PRETRIAL AND TRIAL DATES AND (2) SETTING STATUS CONFERENCE RE SETTLEMENT AND PRELIMINARY APPROVAL MOTION** |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD**:

Plaintiffs Brian Hendricks, Andrew Sagalongos and Andrew Howard ("Plaintiffs"), on behalf of themselves and all others similarly situated, and Defendant Aetna Life Insurance Company ("Aetna"), have reached a settlement-in-principle of this action.

A final pretrial conference is currently set for June 6, 2025 and trial is set for June 30, 2025.

Plaintiffs and Aetna desire to vacate all pretrial and trial dates and set a settlement status conference for June 20, 2025, or as soon thereafter as is consistent with the Court's calendar, regarding execution of a written settlement agreement and the filing of a motion for preliminary approval of a class action settlement resolving all claims in this action.

**NOW, THEREFORE**, the parties, by and through their counsel of record, and subject to the approval of this Court, hereby stipulate as follows:

1. The June 6, 2025 final pretrial conference, the June 30, 2025 trial date, and all related deadlines, are vacated.

2. A settlement status conference is set for June 20, 2025 at 10:00 a.m. regarding execution of a written settlement agreement and the filing of a preliminary approval motion, with a joint report to be filed by June 13, 2025.

DATED: May 16, 2025                                    GIANELLI & MORRIS

                                                By:    /s/ Joshua S. Davis
                                                       ROBERT S. GIANELLI
                                                       JOSHUA S. DAVIS
                                                       Attorneys for Plaintiffs,
                                                       BRIAN HENDRICKS
                                                       ANDREW SAGALONGOS
                                                       ANDREW HOWARD

| | | |
|---|---|---|
| Dated: May 16, 2025 | | HERNANDEZ LASKA, LLP |
| | | By: /s/ Joseph E. Laska |
| | |     Joseph E. Laska |
| | |     Nathaniel Cohen |
| | |     Attorneys for Defendant |
| | |     AETNA LIFE INSURANCE |
| | |     COMPANY |

**ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(A)(2)(I)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Joshua Davis, attest that all other attorney signatories listed approving as to form and content, and on whose behalf this document is submitted, concur in the filing's content and have authorized the filing.

Dated:   May 16, 2025          By: /s/ Joshua S. Davis